(March 5, 1895.)

## YOUNG v. FIRST NATIONAL BANK OF HAILEY.
[39 Pac. 559.]

On petition for rehearing of cause decided February 8, 1895.

No briefs filed.

HUSTON, J.—We have given the petition for a rehearing, and the authorities cited therein, a careful examination. There is nothing new presented, nor in our view aught that should prompt us to change the decision already rendered.

Morgan, C. J., and Sullivan, J., concur.